UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GIANI SARAH VALENTINO,
        PLAINTIFF,

v().    CIVIL ACTION NO:
09-11074-MBB

ERIC K. SHINESKI,
Secretary of the Department
of Veterans Affairs,
        DEFENDANT.

# FINAL JUDGMENT

September 27, 2010

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby

**ORDERED** and adjudged that this action is hereby **DISMISSED** with prejudice and without

costs.

    /s/ Marianne B. Bowler
    **MARIANNE B. BOWLER**
    United States Magistrate Judge